JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIEL GARCIA-GUIA,

              Petitioner,

    v.

T. JUSIN, Warden,

              Respondent.

Case No. CV 20-5547 VBF (PVC)

**JUDGMENT**

      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:  October 26, 2020

            /s/ Valerie Baker Fairbank

            VALERIE BAKER FAIRBANK
            UNITED STATES DISTRICT JUDGE